UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:19-CR-307-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| REGINA RUGKIT, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Motion of Defendant Regina Rugkit, and this Court finding good cause for granting the relief requested;

THEREFORE it is ORDERED that the Motion to Continue Sentencing [D.E. 42] is hereby ordered sealed until such time that is ordered unsealed by this Court.

This the __30__ day of July, 2020.

_____
Honorable James C. Dever III
United States District Judge