UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:19-CR-307-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| REGINA RUGKIT, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Motion of Defendant Regina Rugkit, and this Court finding good cause for granting the relief requested;

THEREFORE it is ORDERED that the Sentencing Memorandum [D.E. 47] is hereby ordered sealed until such time that is ordered unsealed by this Court.

This the **30** day of September, 2020.

Honorable James C. Dever III
United States District Judge