IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-307-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINA RUGKIT, | ) | |
| | ) | |
| Defendant. | ) | |

On September 8, 2026, Regina Rugkit ("Rugkit" or "defendant") moved for a sentence reduction under Section 404 of the First Step Act [D.E. 59]. On November 20, 2026, the United States responded in opposition [D.E. 65].

Section 404 of the First Step Act of 2018 makes certain crack-cocaine penalty reductions from the Fair Sentencing Act of 2010 retroactive for eligible defendants sentenced before August 3, 2010. See Terry v. United States, 593 U.S. 486, 492–95 (2021). The Act does not apply to Rugkit's sentencing on October 6, 2020, for distributing 50 grams or more of methamphetamine. See id.; cf. [D.E. 33]; [D.E. 55]. Thus, the court denies Rugkit's motion.

Alternatively, even if Section 404 applies to Rugkit's sentence, the court agrees with how the guidelines treat methamphetamine. Cf. Kimbrough v. United States, 552 U.S. 85, 90–91 (2007). Moreover, the factors under 18 U.S.C. § 3553(a) continue to support Rugkit's 186-month sentence, and the court declines to reduce it.

In sum, the court DENIES defendant's motion for a sentence reduction under Section 404 of the First Step Act [D.E. 59].

SO ORDERED. This 24 day of November, 2026.

JAMES C. DEVER III
United States District Judge